**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CAPAX MANAGEMENT &, INSURANCE SERVICES,

Plaintiff,

v.

EZEQUIEL BONDY-VILLA, et al.,

Defendants.

_________________________________/

CASE NO. CV-F-07-956-LJO-SMS

SCHEDULING CONFERENCE ORDER

| | |
|---|---|
| Expert Disclosure: | August 1, 2008 |
| Supp. Expert Disclosure: | August 11, 2008 |
| Nonexpert Discovery Cutoff: | July 1, 2008 |
| Expert Discovery Cutoff: | September 15, 2008 |
| Pretrial Motion Filing Deadline: | October 1, 2008 |
| Pretrial Motion Hearing Deadline: | November 3, 2008 |
| Settlement Conf.: | TBD |
| Pretrial Conf.: | Date: Dec. 11, 2008<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) |
| Jury Trial: ( 3-5 days est.) | Date: Feb. 2, 2009<br>Time: 9 a.m.<br>Dept.: 4 (LJO) |

_________________________________/

On December 11, 2007 in Courtroom 4 (LJO), this Court conducted a mandatory scheduling conference. Plaintiff CAPAX Management & Insurance Services ("plaintiff") appeared by telephone by counsel Walter Schmidt, Crabtree, Schmidt & Jacobs. Defendants Ezequiel Bondy-Villa and Caroline Bondy-Villa ( "Defendents") appeared by telephone by counsel Katherine Boyd, Curtis & Arata. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

**1. Amendments to Pleadings**

The parties do not anticipate amendments to the pleadings at this time..

**2. Summary Of Uncontested And Contested Facts**

For a summary of undisputed and disputed facts, the Court references the Joint Scheduling Report, filed December 10, 2007 (Doc. 9), at pages 5-7.

**3. Summary Of Undisputed And Disputed Legal Issues**

For a summary of undisputed and disputed legal issues, the Court references the Joint Scheduling Report, filed December 10, 2007, at page 7 .

**4. Consent To Magistrate Judge**

Counsel for the parties do not consent unanimously to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

**5. Expert Witnesses**

Any expert witness disclosures shall be served no later than **August 1, 2008.** Any supplemental expert witness disclosures by any party shall be served no later than **August 11, 2008.** Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence if F.R.Civ.P. 26(e) is not strictly complied with.

///

///

**6. Discovery Cutoff**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **July 1, 2008.** All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **September 15, 2008.**

**7. Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served and filed no later than **October 1, 2008.** All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **November 3, 2008.**

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

**8. Mandatory Settlement Conference**

The parties shall call the Court to schedule at settlement conference, by dialing (559) 499-5680

**9. Pretrial Conference**

A pretrial conference is set for **December 11, 2008 at 8:30 a.m.** in Courtroom 4 (LJO) of this Court. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. The parties are further directed to submit an additional copy of their pretrial statement on a 3.5-inch computer disc formatted for WordPerfect 8.0, if possible.

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. The Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents.

**10. Trial Date**

A jury trial is set for **February 2, 2009 at 9 a.m.** in Courtroom 4 (LJO) of this Court. The parties estimate that trial will last 3-5 days.

The parties' attention is directed to this Court's Local Rule 16-285.

///

**11. Bifurcation**

The parties request that the trial be bifurcated, with a punitive damages phase to follow the liability trial.

**12. Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated: January 4, 2008**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE