Robert W. Crabtree CSB #40089
Walter J. Schmidt, CSB #48630
CRABTREE, SCHMIDT
      & JACOBS
Post Office Box 3307
Modesto, California 95353
(209) 522-5231

Attorney for Plaintiff
Capax Management & Insurance Services, a
California Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT
OF CALIFORNIA

| | |
|---|---|
| CAPAX MANAGEMENT & INSURANCE SERVICES, a California Corporation, | CASE NO. 1:07-cv-00956-LJO-SMS |
| Plaintiff(s), | **STIPULATION FOR ORDER MODIFYING THE SCHEDULING CONFERENCE ORDER FOR NON-EXPERT DISCOVERY CUTOFF;** <br><br> ORDER |
| vs. | |
| EZEQUIEL BONDY-VILLA and CAROLINE BONDY-VILLA | |
| Defendant(s). <br> _____/ | |

IT IS HEREBY STIPULATED by and between counsel that:

The parties have agreed to engage in alternative dispute resolution and to mediate this matter before a neutral mediator. The parties have been able to arrange for retired Judge Raul Ramirez to act as mediator, and have scheduled that mediation for July 8, 2008, in Modesto.

In an effort to avoid unnecessary discovery costs, the parties have agreed to seek to extend the Scheduling Order Conference cutoff for Nonexpert Discovery from July 1, 2008 until August

---

Stipulation and Order      1

1  31, 2008.

2      The attorneys for the parties are Robert W. Crabtree, Esq., and Walter J. Schmidt, Esq. of

3  Crabtree, Schmidt & Jacobs, 1100 14th Street, Modesto, CA 95354, (209) 522-5231 on behalf of

4  Capax Management & Insurance Services, a California Corporation, plaintiff; Katherine R. Boyd of

5  Curtis & Arata A Professional Corporation 1300 K Street, Second Floor, Modesto, CA 95353,

6  (209) 521-1800 on behalf of Ezequiel Bondy-Villa and Carolynn Bondy-Villa, defendants.

7  Dated: June 13, 2008                  CRABTREE, SCHMIDT & JACOBS

10                                      By:  /s/ WALTER J. SCHMIDT
11                                             WALTER J. SCHMIDT

13 Dated: June 16, 2008                  CURTIS & ARATA

16                                      By:  /s/ KATHERINE R. BOYD
17                                           KATHERINE R. BOYD

18                                      **ORDER**

19     IT IS SO ORDERED and counsel for plaintiff shall mail a copy of this order to all parties to

20 the dispute and file a proof of such service within five (5) days of the date of this order.

21 IT IS SO ORDERED.

22 **Dated:   June 23, 2008**               /s/ Sandra M. Snyder
23                                         UNITED STATES MAGISTRATE JUDGE