UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPAX MANAGEMENT & INSURANCE SERVICES,<br><br>        Plaintiff,<br><br>  vs.<br><br>EZEQUIEL BONDY-VILLA and CAROLINE BONDY-VILLA,<br><br>        Defendants.<br>_____ / | CASE NO. CV-F-07-956 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE** |

On August 28, 2008, Plaintiff CAPAX Management & Insurance Services and Defendants Ezequiel Bondy-Villa and Caroline Bondy-Villa stipulated to dismiss the above-titled action. Pursuant to Fed. R. Civ. P. 41, this action is DISMISSED with prejudice. Each party shall bear its own costs and attorneys fees. All dates, including the December 11, 2008 pretrial conference and the February 2, 2009 jury trial, are VACATED. The clerk is directed to CLOSE this action.

IT IS SO ORDERED.

**Dated:   August 27, 2008**                        /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE